QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SANTIAGO ALBUJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>SANTIAGO ALBUJA,<br><br>               Defendant. | NO. 1:05-Cr- 00327 AWI<br><br>ORDER WAIVING DEFENDANT'S PERSONAL PRESENCE AT SEPTEMBER 26, 2005, STATUS CONFERENCE HEARING<br><br>Hon. Anthony W. Ishii |

Pursuant to Defendant's written waiver and the Declaration by Defendant's counsel, and the United States Attorney stating no objections to Defendant's request,

**IT IS HEREBY ORDERED** that Defendant's personal presence at the status conference hearing set for September 26, 2005, **IS HEREBY WAIVED**.

IT IS SO ORDERED.

**Dated:   September 19, 2005**            /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE

[Proposed] Order Waiving Defendant's
Personal Presence at Status Conference Hearing