QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SANTIAGO ALBUJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05 CR 00327 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO RELEASE OF I-94 TO DEFENDANT'S ATTORNEYS; ORDER |
| v. | ) | |
| SANTIAGO ALBUJA, | ) | Hon. Anthony W. Ishii |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by the parties to this action, through their respective counsel, as follows:

On September 7, 2005, in Case Number 1:05-mj-00230, Judge Beck ordered as a part of Mr. Albuja's Conditions of Release, that he surrender his passport to the Clerk of the court. It was a further Condition of Release that Mr. Albuja maintain his legal status in this country. At this time Mr. Albuja is in the process of obtaining an extension of his Visa. In order to complete this process it is necessary to present his original I-94 form. This form is stapled onto his passport, which is presently in possession of the Clerk's Office. Based on the foregoing, the parties seek an order directing the

///

///

///

Clerk of the Court to provide the I-94 form to the Defendant's Attorney, Assistant Federal Defender Victor M. Chavez.

McGREGOR W. SCOTT
United States Attorney

DATED: November 2, 2005          By  /s/ by Victor M. Chavez w/consent of Stanley A. Boone
                                     STANLEY A. BOONE
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


QUIN DENVIR
Federal Defender

DATED: November 2, 2005          By  /s/ Victor M. Chavez
                                     VICTOR M. CHAVEZ
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     SANTIAGO ALBUJA

# O R D E R

**IT IS SO ORDERED.**  Defendant Santiago Albuja's I-94 form delivered to the court in case number 1:05-mj-00230 shall be immediately released to Defendant's Attorney, Assistant Federal Defender Victor M. Chavez, by the Clerk of the Court.

DATED: November 3, 2005

**         /s/ Dennis L. Beck         **
DENNIS L. BECK,
U.S. Magistrate Judge
United States District Court
Eastern District of California

Stipulation For Return of I-94 Form;
[Proposed Order]