QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SANTIAGO ALBUJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANTIAGO ALBUJA, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:05-Cr- 00327 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE/MOTIONS HEARING AND ORDER <br><br> Date:  December 12, 2005 <br> Time:  9:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

   **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Stanley A. Boone, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant, **that the status conference/motions hearing now set for November 21, 2005, may be continued to December 12, 2005, at 9:00 A.M.**

   The continuance is at the request of defense counsel to provide the parties additional time for plea negotiation and preparation of a plea agreement.

///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: November 15, 2005          By  /s/ by Victor M. Chavez w/consent of
                                                      Stanley A. Boone
                                                STANLEY A. BOONE
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                QUIN DENVIR
                                                Federal Defender

DATED: November 15, 2005          By  /s/ Victor M. Chavez
                                                      VICTOR M. CHAVEZ
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                SANTIAGO ALBUJA

# O R D E R

**IT IS SO ORDERED.**  Time is hereby excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   November 18, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                                UNITED STATES DISTRICT JUDGE