QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SANTIAGO ALBUJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-Cr- 00327 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND RE-SET FOR STATUS CONFERENCE OR CHANGE OF PLEA; ORDER |
| v. | ) | |
| SANTIAGO ALBUJA, | ) | Date:   December 19, 2005 |
| Defendant. | ) | Time:   9:00 A.M.<br>Judge:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Stanley A. Boone, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant, **that the status conference hearing now set for December 12, 2005, may be continued to December 19, 2005, at 9:00 A.M. and re-set for status conference or change of plea.**

The continuance is at the request of defense counsel because Mr. Albuja resides in the Seattle, Washington, area, and the parties need additional time to complete resolution and preparation of a plea agreement.

///

///

///

1  The parties also agree that any delay resulting from this continuance shall be excluded in the
2  interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                              McGREGOR W. SCOTT
                                              United States Attorney


                                              /s/ by Victor M. Chavez w/consent of
DATED: December 7, 2005             By    Stanley A. Boone
                                              STANLEY A. BOONE
                                              Assistant United States Attorney
                                              Attorney for Plaintiff



                                              QUIN DENVIR
                                              Federal Defender



DATED: December 7, 2005             By   /s/ Victor M. Chavez
                                              VICTOR M. CHAVEZ
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              SANTIAGO ALBUJA
```

## O R D E R

Time is hereby excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   December 8, 2005**            /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

Stipulation To Continue Status Conference Hearing
and Re-Set for Status Conference or Change of Plea;
and ORDER                                          2