DENNIS S. WAKS, Bar #142581
Acting Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SANTIAGO ALBUJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANTIAGO ALBUJA,<br><br>　　　　　Defendant. | NO. 1:05-Cr- 00327 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER<br><br>Date:　March 6, 2006<br>Time:　9:00 A.M.<br>Judge:　Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Stanley A. Boone, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant, **that the status conference hearing now set for January 30, 2006, may be continued to March 6, 2006, at 9:00 A.M.**

　　　The continuance is at the request of defense counsel because the parties are still negotiating a plea agreement and will provide them additional time for plea negotiation and preparation of a plea agreement, and because it would be a hardship for Mr. Albuja to have to travel to Fresno from the Seattle, Washington, area for a status hearing.

///

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                            McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ by Victor M. Chavez w/consent of
DATED: January 26, 2006                 By    Stanley A. Boone
                                            STANLEY A. BOONE
                                            Assistant United States Attorney
                                            Attorney for Plaintiff



                                            DENNIS S. WAKS
                                            Acting Federal Defender

DATED: January 26, 2006                 By  /s/ Victor M. Chavez
                                            VICTOR M. CHAVEZ
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            SANTIAGO ALBUJA
```

# O R D E R

**IT IS SO ORDERED.** Time is hereby excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 27, 2006**                    /s/ **Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE

Stipulation To Continue Status Conference
Hearing and Order                              2