DANIEL J. BRODERICK, #89424
Acting Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SANTIAGO ALBUJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-Cr- 00327 AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER WAIVING DEFENDANT'S PERSONAL PRESENCE AT MARCH 6, 2006, STATUS CONFERENCE HEARING |
| SANTIAGO ALBUJA, | ) |
| Defendant. | ) Hon. Anthony W. Ishii |

Pursuant to Defendant's written waiver and the Declaration by Defendant's counsel, and the United States Attorney stating no objections to Defendant's request,

**IT IS HEREBY ORDERED** that Defendant's personal presence at the status conference hearing set for March 6, 2006, **IS HEREBY WAIVED**.

IT IS SO ORDERED.

**Dated:   March 6, 2006**          /s/ **Anthony W. Ishii**
0m8i78                     UNITED STATES DISTRICT JUDGE