| | |
|---|---|
| DANIEL J. BRODERICK, #89424<br>Acting Federal Defender<br>VICTOR M. CHAVEZ, Bar #113752<br>Assistant Federal Defender<br>Designated Counsel for Service<br>2300 Tulare Street, Suite 330<br>Fresno, California 93721-2226<br>Telephone: (559) 487-5561<br><br>Attorney for Defendant<br>SANTIAGO ALBUJA |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SANTIAGO ALBUJA,<br><br>        Defendant. | NO. 1:05-Cr- 00327 AWI<br><br>ORDER EXONERATING BOND AND FOR RETURN OF PASSPORT<br><br>Honorable Anthony W. Ishii |

On September 7, 2005, a detention hearing was held for defendant Santiago Albuja in this matter. Conditions of Release contained, amongst other provisions, an order that defendant be released upon posting of an appearance and compliance bond in the amount of $25,000, that cash bond in the amount of $5,000 be posted on his behalf, and that he surrender his Passport. The Passport (Receipt No. 101-7543) was surrendered to the court on September 7, 2005. Cash bond in the amount of $5,000.00 (Receipt No. 100 7540) was posted with the court on Mr. Albuja's behalf on September 7, 2005, by Javier Jurado. The $25,000 appearance and compliance bond was posted with the court on September 8, 2005.

Defendant appeared for sentencing on March 27, 2006, before the undersigned.

Good cause appearing, **IT IS HEREBY ORDERED:**

1. The passport is hereby exonerated and ordered immediately released to Defendant Santiago Albuja;

Order Exonerating Bond and
For Return of Passport

2. The cash bond in the amount of $5,000.00 is hereby ordered exonerated, said sums to be returned to Javier Jurado at the address previously provided to the court; and

3. The appearance and compliance bond in the amount of $25,000.00 is hereby exonerated.

DATED: March 27, 2006

ANTHONY W. ISHII, Judge
United States District Court
Eastern District of California

Defendant's Waiver of Personal
Presence at Pretrial Proceedings                -2-